UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO: 6:23-mj-1548-LHP

NICHOLAS TRUGLIA

_____

FINDING OF PROBABLE CAUSE

On the evidence presented at the preliminary hearing, I find that there is probable cause to believe that the offenses charged in Petition have been committed and that the defendant committed them. It is therefore,

**ORDERED** that **Nicholas Truglia** is held to answer in the Southern District of New York where the prosecution is pending.

**DONE** and **ORDERED** in Orlando, Florida on May 16, 2023.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies furnished to:

Counsel of Record

Nicholas Truglia