UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,  Case No. 6:23-mj-1548

    Plaintiff, ☐
    Government ☒

☐ Evidentiary
☐ Trial
☒ Other

v.

NICHOLAS TRUGLIA

    Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 5/16/23 | 5/16/23 ✓ | | ICJIS Arrest Affidavit |
| 2 | | ✓ | | Text Messages |
| 3 | | ✓ | | Consent Order of Restitution |
| 4 | | ✓ | | Fraudulent Driver's Licenses Photos |
| 5 | | ✓ | | Luggage Tag Photos |
| 6 | | ✓ | | Ammunition Photos |
| 7 | | | | Google Map |
| 8 | | ✓ | | Detention Hearing Transcript (March 30, 2021) |
| 9 | ↓ | ✓ | | Detention Hearing Transcript (December 6, 2021) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | |
| | | | | |