# Orange County — ICJIS Arrest Affidavit

| Field | Value |
|---|---|
| Arrested | ☑ |
| At-Large | ☐ |
| JRA | ☐ |
| Document #: | 1022490 |
| Division #: | TNN |
| Court Case #: | 48-2023-CF-006096-A-O |
| Document Date: | 05/09/2023 |
| Location of Defendant Vehicle: | N/A |
| Date-Time Booked: | 05/09/2023 11:49 |
| Agency Case Number: | OCPD23OFF001808 |
| (ORI): | FL0480300 |
| Agency Name: | Ocoee Police Department |
| FCIC/NCIC Check: | ☐ |
| Date-Time of Arrest: | 05/09/2023 10:41 |
| Address of Arrest: | 320 CROFTON DR OCOEE FL 34761 |

## DEFENDANT

| Field | Value |
|---|---|
| Adult | ☑ |
| Juvenile | ☐ |
| Jacket Number: | |
| Inmate Number: | 23011914 |
| Language: | ENGLISH |
| NAME (L,F,M): | TRUGLIA, NICHOLAS ST DENIS |
| A.K.A.: | |
| Race: | W |
| Sex: | M |
| DOB: | 09/25/1997 |
| Age: | 25 |
| Height: | 5'11" |
| Weight: | 175 |
| Hair: | BRO |
| Eyes: | BRO |
| POB City: | |
| POB State: | NJ |
| POB Country: | US |
| Citizenship: | US |
| RES Street#: | 320 CROFTON DR |
| City: | OCOEE |
| State: | FL |
| Zip: | 34761 |
| Home Phone: | |
| Other Phone: | |
| Scars/Tattoos: | UNKNOWN |
| Ethnicity: | NON HISPANIC |
| Driver's License/State ID No: | T624-637-97-345-0 |
| State: | FL |
| Year Expires: | 2031 |
| SSN #: | [redacted] |
| Business and Occupation: | UNKNOWN |
| Bus Street#: | |
| City: | |
| Next of Kin Name: | |
| Next of Kin Street #: | |
| City: | |

## AGGRAVATORS

Firearm ☐  Weapon ☐  Mask ☐  Vest ☐  Convicted Sex Batterer ☐  Hate Crime ☐  Special Victim ☐

## OFFENSES

Felony ☑  Misd. ☐  ORD. ☐  Traffic ☐  Out of County ☐  Court Location: CIRCUIT

| No. | GOC Code | Description | FSS | Count | Bond Amt $ / Status | FSS/ |
|---|---|---|---|---|---|---|
| 1 | | FRAUD-IMPERSON - CREATE POSS USE FICTITIOUS PERSONAL ID INFO | 817.568(9) | 1 | 1,500.00 | 817.568 |
| 2 | | FRAUD-IMPERSON - CREATE POSS USE FICTITIOUS PERSONAL ID INFO | 817.568(9) | 1 | 150.00 | 817.568 |
| 3 | | FRAUD-IMPERSON - CREATE POSS USE FICTITIOUS PERSONAL ID INFO | 817.568(9) | 1 | 150.00 | 817.568 |
| 4 | | FRAUD-IMPERSON - CREATE POSS USE FICTITIOUS PERSONAL ID INFO | 817.568(9) | 1 | 150.00 | 817.568 |

DCF Notified? N  By Whom?  
On Probation? Y  
Miranda Warning? Y  By Whom? LA COUNTY SO

---

Sworn to (or affirmed) and subscribed before me by means of ☐ physical presence or ☐ online notarization this ____ day of ____ year ____

**SEE ATTACHED JURAT**

by _____

Notary Public ☐   Law Enforcement or Corrections Officer ☐
Personally Known ☐   Produced Identification ☐
Type of Identification _____

Notary Signature _____
Notary Name _____

I swear or affirm the above statements are correct and true

Officer's Signature: **SEE ATTACHED JURAT**

(407) 905-3160
Officer's Bus. Phone No.

RODRIGUEZ, JOSEPH / 349
Officer's Name/ID

Notice to Defendant Regarding Social Security Number: This Law Enforcement Agency has collected your social security number (SSN) as required by FSS 119.071. This agency will use it for the purpose of confirming your identity, and sharing it with other governmental agencies to identify records linked to that SSN. This collection and use of your SSN is required by this agency to fulfill the lawful duties and responsibilities.

Notary Commission # / Exp. Date: _____ / _____

Page 1 of 3
1001 (09/12)

---

**Government Exhibit sticker (overlay):**

U.S. District Court
Middle District of Florida
Orlando Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 1
Case No.: 6:23-mj-1548
UNITED STATES OF AMERICA
vs.
NICHOLAS TRUGLIA
Date Identified: _____
Date Admitted: _____

| Orange County | ICJIS Arrest Affidavit (continued) | Division #: TNN |
|---|---|---|
| Arrested ☑  At-Large ☐  JRA ☐  Document #: 1022490 | | Court Case #: 48-2023-CF-006096-A-O |
| Document Date: 05/09/2023 | | |
| Defendant's Name: TRUGLIA, NICHOLAS ST DENIS | | Agency Case Number: OCPD23OFF001808 |

**NARRATIVE:** The undersigned has probable cause to believe the above-named defendant on the 09 of May 2023 at 10:47 at 320 CROFTON DR, OCOEE FL 34761 (Zone: 54) in Orange County did

4 COUNTS OF FRAUDULENT CREATION, USE OR POSSESSION OF COUNTERFEIT PERSONAL IDENTIFICATION INFORMATION.

On May 9, 2023, Detective A. Moates was executing a search warrant at 320 Crofton Drive, Ocoee, FL. The search warrant was for the room occupied by Nicholas St. Denis Truglia, who is currently on federal probation.

Detective A. Moates looked into a grey and white Tom Ford box. Inside the box was the personal paperwork of the defendant, Nicholas St. Denis Truglia, including expired United States passports, a birth certificate, and a social security card. Inside the same box were two New York State driver's licenses with the name Quentin Capobianco; however, these driver's licenses have the image of the defendant, Nicholas St. Denis Truglia. The licenses were checked over dispatch, but no record was found for the number (NY State 924 069 910) or for the name Quentin Capobianco (DOB 04/29/1996).

In the same box were two driver's licenses that appear to be from the United Kingdom. The licenses have the name James White (DOB 11/15/2002); however, the driver's licenses have the image of the defendant, Nicholas St. Denis Truglia.

Nicholas St. Denis Truglia willfully and fraudulently possessed with intent to use counterfeit or fictitious personal identification information. The personal identification information concerned a fictious individual. He did so with intent to use the counterfeit or fictitious personal identification information to commit or to facilitate the commission of a fraud on another person.

---

Sworn to (or affirmed) and subscribed before me
by means of ☐ physical presence or ☐ online notarization
this _____ day of _____ year _____
by  SEE ATTACHED JURAT

Notary Public ☐   Law Enforcement or Corrections Officer ☐
Personally Known ☐   Produced Identification ☐
Type of Identification _____

Notary Signature _____
Notary Name _____

I swear or affirm the above statements are correct and true

Officer's Signature: SEE ATTACHED JURAT

(407) 905-3160
Officer's Bus. Phone No.

RODRIGUEZ, JOSEPH / 349
Officer's Name/ID

**Notice to Defendant Regarding Social Security Number:** This Law Enforcement Agency has collected your social security number (SSN) as required by FSS 119.071. This agency will use it for the purpose of confirming your identity, and sharing it with other governmental agencies to identify records linked to that SSN. This collection and use of your SSN is required by this agency to fulfill its lawful duties and responsibilities.

Notary Commission # / Exp. Date _____ / _____

1001 (09/12)                                                                                           Page 2 of 3

# Witness Form

| Defendant Name: TRUGLIA, NICHOLAS ST DENIS | | | | | | Document ID: | 1022490 | |
|---|---|---|---|---|---|---|---|---|
| Officer Name: RODRIGUEZ, JOSEPH | | | | Officer ID: 349 | | Court Case #: 48-2023-CF-006096-A-O | | |
| Agency Name: Ocoee Police Department | | | | ORI: FL0480300 | | Agency Case #: OCPD23OFF001808 | | |

| WITNESSES | V - Victim | | R - Reporter | | | W - Witness | | |
|---|---|---|---|---|---|---|---|---|
| **V** | Name (L, F, M): MOTES, ANDREW | | | Language: ENGLISH | Sex: M | Race: W | DOB: | Age: |
| | Resident Address: 646 OCOEE COMMERCE PARKWAY | Apt#: | City: OCOEE | | State: FL | Zip: 34761 | Home Phone: | (407) 905-3160 |
| | Business/School: OCOEE POLICE DEPARTMENT | | | | | | Officer ID: | |
| Business/School Address: | | Suite# | City: | | State: | Zip: | Bus Phone: | |
| Testimony: STATE OF FLORIDA | | | | | | | | |

# Orange County — ICJIS Arrest Affidavit

- Arrested: ☑  At-Large: ☐  JRA: ☐
- Document #: 1022497
- Division #: DMM
- Court Case #: 48-2023-CF-006097-A-O
- Document Date: 05/09/2023
- Date-Time Booked: 05/09/2023 12:04
- Agency Case Number: OCPD23OFF001808
- Location of Defendant Vehicle:
- (ORI): FL0480300
- Agency Name: Ocoee Police Department
- FCIC/NCIC Check: ☐
- Date-Time of Arrest: 05/09/2023 11:47
- Address of Arrest: 320 CROFTON CIR, OCOEE, FL

## DEFENDANT

- Adult: ☑  Juvenile: ☐
- Jacket Number:
- Inmate Number: 23011914
- Language: ENGLISH
- NAME (L,F,M): TRUGLIA, NICHOLAS S
- A.K.A.:
- Race: W  Sex: M  DOB: 09/25/1997  Age: 25
- Height: 6'03"  Weight: 175  Hair: BLK  Eyes: BRO
- POB City:  POB State: TX  POB Country: US
- Citizenship: US
- RES Street#: 320 CROFTON CIRCLE
- City: OCOEE  State: FL  Zip: 34761
- Home Phone:   Other Phone:
- Scars/Tattoos:
- Ethnicity: NON HISPANIC
- Driver's License/State ID No: t624637973450  State: FL  Year Expires: 2031
- SSN #: [redacted]
- Business and Occupation: HACKER
- Bus Phone:
- Bus Street#:   City:   State:   Zip:
- Next of Kin Name: '
- Next of Kin Street #:   City:   State:   Zip:   Phone:

**AGGRAVATORS:** Firearm ☐  Weapon ☐  Mask ☐  Vest ☐  Convicted Sex Batterer ☐  Hate Crime ☐  Special Victim:  Domestic Violence? N

Originating State/County: /FL / ORANGE

**OFFENSES:** Felony ☑  Misd. ☐  ORD. ☐  Traffic ☐  Out of County ☐  Court Location: CIRCUIT

| No. | GOC Code | Description | Count | Bond Amt $ / Status | FSS/ORD | FDLE Rec# | Drug Name | Citation Number |
|---|---|---|---|---|---|---|---|---|
| 1 | | POSSESSION OF WEAPON - OR AMMO BY OTHER STATE DELINQUENT ADULT  790.23-6 | 1 | 0.00 / NOBOND | 790.23.1D | 2677 | | |

- DCF Notified? N  By Whom?
- On Probation? Y
- Miranda Warning? N  By Whom?
- Invoked? Y

---

Sworn to (or affirmed) and subscribed before me by means of ☐ physical presence or ☐ online notarization this _____ day of _____ year _____

by  SEE ATTACHED JURAT

- Notary Public ☐
- Law Enforcement or Corrections Officer ☐
- Personally Known ☐
- Produced Identification ☐
- Type of Identification

I swear or affirm the above statements are correct and true

Officer's Signature: SEE ATTACHED JURAT

(407) 554-7215
Officer's Bus. Phone No.

GOMEZ, LEONARDO V / 1050
Officer's Name/ID

Notice to Defendant Regarding Social Security Number: This Law Enforcement Agency has collected your social security number (SSN) as required by FSS 119.071. This agency will use it for the purpose of confirming your identity, and sharing it with other governmental agencies to identify records linked to that SSN. This collection and use of your SSN is required by this agency to fulfill its lawful duties and responsibilities.

Notary Signature _____  Notary Name _____  Notary Commission # / Exp. Date ____/____

| Orange County | ICJIS Arrest Affidavit | (continued) | |
|---|---|---|---|
| Arrested ☑  At-Large ☐  JRA ☐ | Document #: 1022497 | Division #: DMM | |
| Document Date: 05/09/2023 | | Court Case #: 48-2023-CF-006097-A-O | |
| Defendant's Name | TRUGLIA, NICHOLAS S | Agency Case Number: | OCPD23OFF001808 |

**NARRATIVE:** The undersigned has probable cause to believe the above-named defendant on the  09  of May 2023 at 0:00 at 320 CROFTON CIR, OCOEE, FL  (Zone: 32 ) in Orange County did

On May 9, 2023, I, Sergeant Leo Gomez, assisted Ocoee Police Department Detective Andrew Motes and several Los Angeles County Sheriff's Department detectives with the execution of a search warrant at 320 Crofton Circle, Ocoee, Florida. During the search of the home, Agent C Kelly of the Ocoee Police Department located a locked gun safe inside of a spare bedroom on the east side of the home. Agent Kelly found the key to the safe directly on top of the gun safe (safe is approximately 4 feet tall). Agent Kelly unlocked the safe and located several boxes of ammunition inside. Agent Kelly notified Crime Scene Investigator (CSI) Fidele of the discovery. CSI Fidele and I observed the ammunition, which was several boxes of multiple calibers, including .380 handgun ammunition, 12 gauge shotgun shells, and .308 rifle ammunition. CSI Fidele photographed and collected the ammunition.

During the search, the bedroom directly next to the spare bedroom where Agent Kelly located the ammunition is Nicholas S Truglia's bedroom.

A query of Nicholas S Truglia's criminal history confirmed that he is a convicted felon, conviction date of January 6, 2023, from the Monmouth County Superior Court under court case number NJ013033J.

Based on Truglia's current status as a federal probationer, his multiple fake identifications, both domestic and abroad, his financial means, and at the request of Truglia's federal probation officer, I am requesting Nicholas S Truglia be held with no bond.

Nicholas S Truglia was placed under arrest and transported to the Orange County Jail without incident.

---

Sworn to (or affirmed) and subscribed before me
by means of ☐ physical presence or ☐ online notarization
this _____ day of _____ year _____

by  SEE ATTACHED JURAT

Notary Public ☐  Law Enforcement or Corrections Officer ☐
Personally Known ☐  Produced Identification ☐
Type of Identification _____

Notary Signature _____

I swear or affirm the above statements are correct and true

Officer's Signature  SEE ATTACHED JURAT

Notary Name _____

(407) 554-7215
Officer's Bus. Phone No.

GOMEZ, LEONARDO V / 1050
Officer's Name/ID

Notice to Defendant Regarding Social Security Number: This Law Enforcement Agency has collected your social security number (SSN) as required by FSS 119.071. This agency will use it for the purpose of confirming your identity, and sharing it with other governmental agencies to identify records linked to that SSN. This collection and use of your SSN is required by this agency to fulfill its lawful duties and responsibilities.

/
Notary Commission # / Exp. Date

1001 (09/12)

Page 2 of 3

# Witness Form

| Defendant Name: TRUGLIA, NICHOLAS S | | Document ID: 1022497 |
|---|---|---|
| Officer Name: GOMEZ, LEONARDO V | Officer ID: 1050 | Court Case #: 48-2023-CF-006097-A-O |
| Agency Name: Ocoee Police Department | ORI: FL0480300 | Agency Case #: OCPD23OFF001808 |

| WITNESSES | V - Victim | | R - Reporter | | | W - Witness | | |
|---|---|---|---|---|---|---|---|---|
| **V** | Name (L, F, M): STATE OF FLORIDA, | | | Language: | Sex: | Race: | DOB: | Age: |
| | Resident Address: | Apt#: | City: | | State: | Zip: | Home Phone: | |
| | Business/School: | | | | | | Officer ID: | |
| Business/School Address: | | Suite# | City: | | State: | Zip: | Bus Phone: | |
| Testimony: | | | | | | | | |