U.S. District Court
Middle District of Florida
Orlando Division

**GOVERNMENT EXHIBIT**

Exhibit No.: _____2_____

Case No.: 6:23-mj-1548

UNITED STATES OF AMERICA

vs.

NICHOLAS TRUGLIA

Date Identified: _____
Date Admitted: _____

12:18

Nicholas

Bro you don't think I've got shit going on my fucking life

Holy fuck T

I'm about to just

> I'm not saying you don't

Write a letter in blood to these cock sucking attorneys

With my own blood

> ?

And semen

And mail it

To the fbi

The prosecution

Everyone

> What are you talking about

 



And then fucking blow them away

When they come

You think I'm not going through shit too

> What happened

> I thought your situation was over with

> And you served your time

There's still

Probation shit

And civil shit

> What does that entail, could you go back to jail or no

Maybe

> Wtf





. . . .

I'll pay you before I kill myself with this Glock

Don't worry

Can you please call me now it's urgent

Very urgent





This is too

When I'm dead none of this will matter

Nick stop

Call me now

Where are you

No bro I'm
Not in a state to talk

I'm crying leave me alone I'll call you later

Text me at least

What's wrong.

What happened



Nothing dude

Bro it's obviously something talk to me

A girl

Life?

No you don't give a fuck

Depression?

You want your money understandably

You don't give a fuck though

I actually do I help people out with this all the time

I do give a fuck

What's wrong

What happened

I wish I had the balls to pull this trigger right now

I wish I had the balls to pull this
trigger right now

> The last thing I want is another
> person dead

> I'm still devastated about Phil 7
> years later

Phil was your real friend

You don't give a fuck about me

> That's not true I told you I would
> still be your friend

> And hang out with you

Listen bro

I'll pay you before I fucking pull
this trigger and put a 45 in my
head

I promise

> Are you in Florida

I promise

Are you in Florida

Or New York now

Don't worry

Trying to call the cops
On me

I'm. Not gonna call the cops on
you

I was gonna say if you were in
New York I would come and see
you

I'm in Miami but you and
whoever u call
Will not find me

Sorry my phone died

I'm not gonna call anyone

But talk to me what's going. On

Remember how peaceful it was before you were born

That's what it's gonna be like

Peace again

Life is a curse

> Stop talking like that bro

> I know the feeling

> I deal with hardcore depression too

> I should be medicated

> But I'm not

I'm not depressed I realized the truth

> Because pills make my Dick not work

> What's the truth



Nothing we can say do or feel in our lives matters because our memory is a temporary state that will evaporate one day anyway

So why not speed that up

I agree with you on that

I always said

What's the point. We're all gonna die anyway

But there's a point to live

As well

No there's not

No there's not

Why do you say that

I'm leaving this shit

I'm shutting my console off

I'm quitting the game

I'm pulling my Ethernet cord

Stop bro

You understand?

I get what you're saying but stop

What put you in this mindset

Nick

Yoooo

Nick

Nick

Talk to me

Tell me what happened

Nick

Bro girl and life idk

This shits just not
Worth it anymore

I made my decision

What did the girl do

And what's wrong with your life

She's just fucking annoying bro

Playing games?

Not sure I think she's just weird I
talked to her for like 2 months
straight then she started acting
weird and I didn't speak for 2
weeks other than text

And then when I'm with other girl
she freaks out lol

. . .

She likes me but acts weird she can love me when I'm dead Alex

She won't love me until I'm Dead just like a lot people never got love until they died

That actually goes for a lot of people

That I know

> Do not kill your self

> That's true though

They won't love me until I'm dead in the ground

> No one cares unless your dead

> It's pathetic

> People suck bro

> Can I call you

No



Can I call you

No

What are you doing now

Nick

Yo

Wyd

Nick

Are you there?

Hello

Are you busy

Nick

???

I'm just here crying with a. Gun in my hand bro



my nana bro

What

Not a good time

> Can you please put the gun down

> ?

> Can you put the gun down

> Are you good

> ?

> Nick

> Are you ok

it's over bro I promise I'll send u ur shit

Other than that fyck off

> Bro I'm trying to help you

I can't be helped



...



. . .



***



The United States attorney is on my cock

Might go back to jail lmao

> Wtf why you served your time

I paid restitution but the government wants a 984k fee I'm refusing that lmao

They are sick

> Jfc

> Just pay it

> You have 17 mil crypto

> Better than being in jail

I have more but yea

Fuck the government