U.S. District Court
Middle District of Florida
Orlando Division

GOVERNMENT EXHIBIT

Exhibit No.: 3

Case No.: 6:23-mj-1548

UNITED STATES OF AMERICA

vs.

NICHOLAS TRUGLIA

Date Identified:_____
Date Admitted:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

NICHOLAS TRUGLIA

Consent
Order of Restitution

Docket No. 19 Cr.

Upon the application of the United States of America, by its attorney, the United States Attorney for the Southern District of New York, Timothy V. Capozzi, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count One of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

Nicholas Truglia, the Defendant, shall pay restitution in the total amount of $20,379,007, pursuant to 18 U.S.C. § 3663; 18 U.S.C. § 3663A (MVRA), to the victim of the offense charged in Count One. The name, address, and specific amount owed to the victim is set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of the victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Schedule of Payments**

~~Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the Defendant; and any financial obligations of the Defendant; including obligations to dependents, the~~ Defendant shall pay restitution in the manner and according to the schedule that follows, pursuant to 18 U.S.C. §§ 3572(d)(1) & 3664(f):

- $12,100,000 is due and payable on or before December 31, 2022; and

- $8,279,007 is due and payable on or before January 30, 2023.

*Upon payment, full restitution will have been made.*

2022.01.09 [signatures: AKH, NT, TVC]

3.  **Payment Instructions**

The Defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card, or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant shall write his name and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. For payments by wire, the Defendant shall contact the Clerk's Office for wiring instructions.

4.  **Additional Provisions**

*This Order shall not affect the forfeiture provided by yesterday's order.* [handwritten annotation]

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the Defendant's name, residence, or mailing address ~~or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution~~ in accordance with 18 U.S.C. § 3664(k). If the Defendant ~~discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this order, the Government may seek a Court order modifying the payment schedule consistent with the discovery of new or additional assets.~~

5.  **Restitution Liability**

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

6. **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____        12/1/22
TIMOTHY V. CAPOZZI                      DATE
Assistant United States Attorney
One Saint Andrew's Plaza
New York, NY 10007

NICHOLAS TRUGLIA

By: _____        12-1-22
NICHOLAS TRUGLIA                        DATE

By: _____        12/1/22
JEFFREY A. UDELL, ESQ.                  DATE
ADAM P. COHEN, ESQ.
WALDEN MACHT & HARAN LLP
250 Vesey Street, 27th Floor
New York, New York 10281

SO ORDERED:

_____             Dec. 1, 2022
HONORABLE ALVIN K. HELLERSTEIN          DATE
UNITED STATES DISTRICT JUDGE