

**DRIVING LICENCE**

UK

1.  WHITE
2.  JAMES

3.  15.11.2002  UNITED KINGDOM
4a. 20.11.2020  4c. DVLA
4b. 19.11.2030
5.  WHITE011152J95MJ 15

7.  *James White*

8.  100 KNIGHTSBRIDGE #5A, LONDON, SW1X 7LJ

9.  ʌM/B/f/k'q

U.S. District Court
Middle District of Florida
Orlando Division

GOVERNMENT EXHIBIT

Exhibit No.: 4

Case No.: 6:23-mj-1548

UNITED STATES OF AMERICA

vs.

NICHOLAS TRUGLIA

Date Identified:
Date Admitted:





1. Fold ActiSeal™ Security Tape AWAY from bag opening. Remove release liner
3. Press adhesive flap down onto ActiSeal™ and completely close. BAG IS NOW

| 13. | 9. | 10. | 11. | 12. |
|---|---|---|---|---|
| AM | | 10.11.20 | 14.11.72 | 122 |
| A1 | | | | |
| A2 | | | | |
| A | | | | |
| B1 | | | | |
| B | | 10.11.20 | 14.11.72 | |
| C1 | | | | |
| C | | | | |
| D1 | | | | |
| D | | | | |
| BE | | | | |
| C1E | | | | |
| CE | | | | |
| D1E | | | | |
| DE | | | | |
| fkq | | 10.11.20 | 14.11.72 | 122 |

NOV30

12. 228

FZX6022580

1. Name 2. First name 3. Date and place of birth
4a. Date of issue 4b. Date of expiry 4c. Issue by
5. Licence number 10. Valid from 11. Valid to 12. Codes











**DRIVING LICENCE**





1. WHITE
2. JAMES

3. 15.11.2002 UNITED KINGDOM
4a. 20.11.2020 4c. DVLA
4b. 19.11.2030
5. WHITE011152J95MJ 15
7.

*James White*



8. 100 KNIGHTSBRIDGE #5A, LONDON, SW1X 7LJ

9. AM/'' *

---

**DRIVING LICENCE**





1. WHITE
2. JAMES

3. 15.11.2002 UNITED KINGDOM
4a. 20.11.2020 4c. DVLA
4b. 19.11.2030
5. WHITE011152J95MJ 15
7.

*James White*

8. 100 KNIGHTSBRIDGE #5A, LONDON, SW1X 7LJ

9. AM/B/t/k/q