

Middle District of Florida
Orlando Division

**GOVERNMENT EXHIBIT**

**Exhibit No.:** 6

Case No.: 6:23-mj-1548

UNITED STATES OF AMERICA

vs.

NICHOLAS TRUGLIA

Date Identified: _____
Date Admitted: _____









